[No. 46442-6-I. Division One. December 4, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. RAMONA ARVISO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01178-0, Anthony P. Wartnik, J., entered March 22, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45744-6-I. Division One. December 4, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. WILLIAM WALKER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02590-0, Joan E. DuBuque, J., entered November 12, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 46078-1-I. Division One. December 4, 2000.]

STEVEN E. WELCH, *Appellant*, v. TROY E. BRIGGS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-04651-8, Kenneth L. Cowsert, J., entered January 20, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45687-3-I. Division One. December 4, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. LAVERNA JOHNNY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-03957-9, William L. Downing, J., entered October 22, 1999. *Affirmed* by unpublished per curiam opinion.